**No. 49466.**—Protest 100109–K of Philip Flanagan Co. (New York).

Opinion by KEEFE, J. From an examination of the papers the court was unable to find anything sufficient to overcome the presumption of correctness attaching to the collector's action. The protest was therefore overruled.

**No. 49467.**—Protest 967199–G (B) of Gallagher & Burton (Philadelphia).

Opinion by KEEFE, J. From an examination of the papers the court was unable to find anything sufficient to overcome the presumption of correctness attaching to the collector's action. The protest was therefore overruled.

**No. 49468.**—Protest 107108–K of Frosted Foods Sales Corporation (Philadelphia).

Opinion by KEEFE, J. From an examination of the papers the court was unable to find anything sufficient to overcome the presumption of correctness attaching to the collector's action. The protest was therefore overruled.

BEFORE THE FIRST DIVISION, JUNE 7, 1944

**No. 49469.**—Protest 99368–K of American Import Co. (Los Angeles).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the merchandise in question is the same as that the subject of Abstract 43340 this claim in the protest was sustained.

**No. 49470.**—Protest 13444–K of American Import Co. (Seattle).

Opinion by OLIVER, P. J. At the trial the witness for plaintiff produced a sample of merchandise which was received in evidence and which appears to be made of yellow rubber, somewhat spherical in shape, about 2 inches in diameter, and formed to imitate the head of a dog A small metal whistle is imbedded in the head. He testified that he had never seen the merchandise in actual use and that his knowledge in relation to its use was limited to the nature of the business engaged in by the customers of his employer. From an examination of the entire record the court found that the plaintiff had failed to establish a *prima facie* case. The protest was therefore overruled.